

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | **08CV4650** |
|---|---|
| ALEXANDRO CISNEROS<br>Petitioner, | **JUDGE LEFKOW**<br>**MAG. JUDGE VALDEZ** |
| vs.<br>TERRY MCCANN, Warden, Superintendent or authorized person having custody of petitioner | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ALEXANDRO CISNEROS

| SIGNATURE | *signature* | FILED |
|---|---|---|
| FIRM | SAM ADAM | AUG 1 5 2008<br>Aug 15, 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |
| STREET ADDRESS | 6133 S. Ellis Ave. | |
| CITY/STATE/ZIP | Chicago, IL  60637 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>773-752-6950 | |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒    NO ☐ |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒    NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☒          APPOINTED COUNSEL ☐