# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | JOAN H. LEFKOW | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 4650 | DATE | AUG 27 2008 |
| CASE TITLE | U.S. ex rel. Alexandro Cisneros (#R-26513) vs. Warden Terry McCann | | |

**DOCKET ENTRY TEXT:**

The respondent is ordered to answer the petition or otherwise plead within twenty-one days of the date of this order.

■ [For further details see text below.]   Docketing to mail notices.

## STATEMENT

Alexandro Cisneros, a state prisoner, has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petitioner challenges his convictions for first degree murder and aggravated discharge of a firearm on the grounds that: (1) his trial and appellate counsel were ineffective; (2) he was not allowed to testify at trial; and (3) the post-conviction proceedings denied him due process. The petitioner has paid the statutory filing fee.

The petitioner, through counsel, indicates that he has exhausted state court remedies with respect to the claims raised in his federal habeas petition; furthermore, he appears to have filed his petition in a timely manner. Accordingly, the respondent is ordered to answer the petition or otherwise plead within twenty-one days of the date this order is entered on the Clerk's docket. This preliminary order to respond does not, of course, preclude the State from making whatever waiver, exhaustion or timeliness arguments it may wish to present.

mjm